Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **9/0 Transport & Sales, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 1 5 8 7 0 6 5

**4. Debtor's address**

**Principal place of business**

**1221 HWY 72**
Number        Street

**Three Rivers, TX 78071**
City                      State      ZIP Code

**Live Oak**
County

**Mailing address, if different from principal place of business**

**PO Box 383**

Number        Street

**Three Rivers, TX 78071**
City                      State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                      State      ZIP Code

**5. Debtor's website (URL)**   **https://90transport.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **9/0 Transport & Sales, Inc.**                                      Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **4   2   3   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY

         District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                        MM / DD / YYYY

         Case number, if known _____

Debtor     **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number      Street<br><br>_____<br>   City           State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000         ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor　　**9/0 Transport & Sales, Inc.**　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**　　Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**01/17/2025**___
　　　　　　　MM/ DD/ YYYY

**X** ___**/s/ Matthew Muniz**___　　　　　　　**Matthew Muniz**
Signature of authorized representative of debtor　　　Printed name

Title _____**Owner**_____

**18. Signature of attorney**

**X** _____**/s/ Robert C Lane**_____　　Date __**01/17/2025**__
Signature of attorney for debtor　　　　　　　　　　　MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**1555 State St**
Number　　　　Street

**Salem**　　　　　　　　　　　**OR**　　　**97301**
City　　　　　　　　　　　　　State　　　ZIP Code

**(713) 595-8200**　　　　　　　**notifications@lanelaw.com**
Contact phone　　　　　　　　　Email address

**24046263**　　　　　　　　　　**TX**
Bar number　　　　　　　　　　State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $1,527,524.58 |
| b. Total debts (including debts listed in 2.c., below) | $2,863,809.85 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____ We are a trucking and construction company. We trade trucking for asphalt millings material, we then resell the material to oilfield and farmer/ranches. With selling the material comes the construction of building the roads. We build farm/ranch/homestead roads along with smaller oilfield roads and pads. We also run trucks to haul materials for different companies.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

**Fill in this information to identify the case:**

Debtor name      **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>01/17/2025</u>      **X** <u>/s/ Matthew Muniz</u>
        MM/   DD/   YYYY      Signature of individual signing on behalf of debtor

                                           **Matthew Muniz**
                                           Printed name

                                           **Owner**
                                           Position or relationship to debtor

---

Fill in this information to identify the case:

Debtor name **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Accident Fund Insurance Company of America<br><br>1999 Bryan Street Suite 900 Dallas, TX 75201 | | | Disputed | | | $230,400.00 |
| 2 | U.S. Small Business Administration (SBA) - All Divisions<br><br>Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive 100 Little Rock, AR 72202 | | UCC | | | | $195,300.00 |
| 3 | Bobwhite Energy Services LLC<br><br>1066 Coletoville Rd E Victoria, TX 77905 | | Services | Disputed | | | $179,547.34 |
| 4 | Aggregate Haulers, LP<br><br>4772 FM 482 New Braunfels, TX 78132 | | Services | | | | $176,157.32 |
| 5 | Cemex, Inc<br><br>Corporate Creations Network Inc. 5444 Westheimer 1000 Houston, TX 77056 | | Vendor | | | | $172,800.00 |
| 6 | Internal Revenue Service<br>P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $110,000.00 |
| 7 | Texas Materials<br><br>1320 Arrow Point Dr 600 , 78613 | | Vendor | | | | $110,000.00 |
| 8 | Patrick Copeland<br>PO Box 982 Three Rivers, TX 78071 | | Services | | | | $98,000.00 |

Debtor     **9/0 Transport & Sales, Inc.**
                    Name
                                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Anderson Columbia<br>PO Box 1829<br>Lake City, FL 32056 | | Services | Disputed | | | $84,504.46 |
| 10  RG Vac<br>947 Deer Ln<br>Laredo, TX 78045 | | Services | | | | $76,076.50 |
| 11  B&G Materials LLC<br>PO Box 969<br>Beeville, TX 78104 | | Services | | | | $75,303.00 |
| 12  Billy Bruce<br>1075 HWY 72<br>Three Rivers, TX 78071 | | Services | | | | $65,000.00 |
| 13  Texas State Rentals<br>803 SE Loop 410<br>San Antonio, TX 78220 | | Services | | | | $59,899.26 |
| 14  Trio Capital<br>330 Fellowship Road<br>Mount Laurel, NJ 08054 | | Purchase Money Security | Disputed | $93,882.15 | $40,000.00 | $53,882.15 |
| 15  Holt Cat<br>PO Box 207916<br>San Antonio, TX 78220 | | Services | | | | $40,204.07 |
| 16  Everest Business Funding<br>102 W 38th St Fl 6<br>New York, NY 10018-3664 | | UCC | Disputed | | | $40,000.00 |
| 17  Unique Funding Solutions LLC<br>1915 Hollywood Blvd Suite 200A<br>Hollywood, FL 33020 | | Merchant Cash Advance | Disputed | | | $40,000.00 |
| 18  On Deck<br>4700 W Daybreak Pkwy Suite 200<br>South Jordan, UT 84009 | | | Disputed | | | $39,403.65 |
| 19  First State Bank of Texas<br>Attn: Legal Dept<br>PO Box 550<br>Three Rivers, TX 78071 | | Purchase Money Security | | $73,519.65 | $40,000.00 | $33,519.65 |
| 20  Texas Comptroller<br>111 E. 17th Street<br>Austin, TX 78774 | | | | | | $33,000.00 |

Fill in this information to identify the case:

Debtor Name **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **First State Bank of Texas** | **Checking account** | **6  1  3  4** | **$12,323.58** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$12,323.58**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

   7.2

Debtor    **9/0 Transport & Sales, Inc.**                              Case number *(if known)* _____
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.          | _____ |

---

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | **$496,000.00** | - | **$8,000.00** | =..... ➡ | **$488,000.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$80,247.00** | - | **$80,247.00** | =..... ➡ | **$0.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      | **$488,000.00** |

---

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____        _____    _____

    14.2 _____        _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                             % of ownership:

    15.1 _____        _____    _____    _____

    15.2 _____        _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____
Name

|  | 16.1 |  |  |  |
|---|---|---|---|---|
|  | 16.2 |  |  |  |

**17.  Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| Asphalt Milling Material | <br>MM / DD / YYYY | unknown | | $9,000.00 |
| **20.  Work in progress** | | | | |
| Construction Jobs Not Complete | 11/13/2024<br>MM / DD / YYYY | unknown | | $180,000.00 |
| **21.  Finished goods, including goods held for resale** | | | | |
|  | <br>MM / DD / YYYY | | | |
| **22.  Other inventory or supplies** | | | | |
|  | <br>MM / DD / YYYY | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$189,000.00

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor     **9/0 Transport & Sales, Inc.**
           Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **9/0 Transport & Sales, Inc.**                          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **Desks (7)** | unknown | | $800.00 |
| **Chairs (10)** | unknown | | $100.00 |
| **Computers (7)** | unknown | | $700.00 |
| **Monitors (12)** | unknown | | $600.00 |
| **Filing Cabinets (3)** | unknown | | $100.00 |
| **Table** | unknown | | $50.00 |
| **Printers (3)** | unknown | | $350.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **2019 Hyundai Wheel Loader VIN 0621** | unknown | | $100,000.00 |
| **2019 Hyundai Wheel Loader 0729** | unknown | | $100,000.00 |
| **2019 Cat 140M3 VIN 0674** | unknown | | $115,000.00 |
| **2019 Brazos Belly Dump VIN 4657** | unknown | | $15,000.00 |
| **2022 Brazos Belly Dump VIN 4949** | unknown | | $18,000.00 |
| **2024 Brazos Belly Dump VIN 4042** | unknown | | $20,000.00 |
| **2024 Brazos Belly Dump VIN 4043** | unknown | | $20,000.00 |
| **2022 DOON Step Deck VIN 5535** | unknown | | $25,000.00 |
| **2013 Trox Vacuum VIN 7201** | unknown | | $10,000.00 |
| **2018 PJ Flat Bed VIN 8742** | unknown | | $10,000.00 |
| **2019 Big Tex Utility Trailer VIN 6688** | unknown | | $5,000.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43.  **Total of Part 7**
     Add lines 39 through 42. Copy the total to line 86.                    | **$440,700.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☑ No

     ☐ Yes

Debtor    **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____
      Name

---

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2023 Ford F350 / VIN: 0296** | unknown | | $45,000.00 |
| 47.2  **2022 Ford F350 / VIN: 2390** | unknown | | $39,000.00 |
| 47.3  **2021 Ford F250 / VIN: 8308** | unknown | | $35,000.00 |
| 47.4  **2022 Ford F150 / VIN: 9305** | unknown | | $33,000.00 |
| 47.5  **2017 Ford F150 / VIN: 1950** | unknown | | $6,000.00 |
| 47.6  **2022 GMC Canyon / VIN: 6879** | unknown | | $24,500.00 |
| 47.7  **2022 Dodge RAM Crew Truck / VIN: 5700** | unknown | | $45,000.00 |
| 47.8  **2010 International Truck / VIN: 4091** | unknown | | $10,000.00 |
| 47.9  **2010 International Truck / VIN: 4094** | unknown | | $10,000.00 |
| 47.10  **2010 International Truck / VIN: 4072** | unknown | | $10,000.00 |
| 47.11  **2010 International Truck / VIN: 4087** | unknown | | $10,000.00 |
| 47.12  **2000 Kenworth Truck / VIN: 4083** | unknown | | $25,000.00 |
| 47.13  **1995 Peterbuilt Truck / VIN: 2113** | unknown | | $25,000.00 |
| 47.14  **1998 Kenworth Truck / VIN: 3038** | unknown | | $25,000.00 |
| 47.15  **2007 Kenworth Truck / VIN: 9790** | unknown | | $25,000.00 |
| 47.16  **2006 Peterbuilt Truck / VIN: 5535** | unknown | | $30,000.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.**   **Aircraft and accessories** | | | |
| 49.1 | | | |

**Schedule A/B: Assets — Real and Personal Property**

Debtor      **9/0 Transport & Sales, Inc.**                          Case number *(if known)* _____
            Name

49.2 _____      _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____      _____   _____   _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.          | **$397,500.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

| **Part 9:** | Real property |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |

Debtor     **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____
           Name

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://90transport.com/ | unknown | | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                         $1.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

---

Debtor    **9/0 Transport & Sales, Inc.**                                    Case number *(if known)*
                 Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____     _____ –  _____  = ➔  _____

                                        Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax year _____   _____

    _____     Tax year _____   _____

    _____     Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**        _____

    **Amount requested**    _____                                _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**        _____

    **Amount requested**    _____                                _____

76. **Trusts, equitable or future interests in property**

    _____                           _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                           _____

    _____                           _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                       ┌──────────────┐
                                                                             │ _____ │
                                                                             └──────────────┘

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,323.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $488,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $189,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $440,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $397,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................ ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | $1,527,524.58 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $1,527,524.58 |

Fill in this information to identify the case:

Debtor name __9/0 Transport & Sales, Inc.__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
__Ally Automotive Financing__

**Creditor's mailing address**
__Attn Bankruptcy Dept__
__P. O. Box 130424__
__Saint Paul, MN 55113-0004__

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

**Describe debtor's property that is subject to a lien**
__2017 Ford F150__

**Describe the lien**
__Purchase Money Security__

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| $19,399.47 | $6,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $1,148,892.13

Debtor   **9/0 Transport & Sales, Inc.**                                      Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2 Creditor's name**

**Ally Automotive Financing**

**Creditor's mailing address**

**Attn Bankruptcy Dept**

**P. O. Box 130424**

**Saint Paul, MN 55113-0004**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.　Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford F250

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$55,004.04**          **$35,000.00**

Debtor  **9/0 Transport & Sales, Inc.**                              Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3 Creditor's name**
**Ally Automotive Financing**

**Creditor's mailing address**
**Attn Bankruptcy Dept**
**P. O. Box 130424**
**Saint Paul, MN 55113-0004**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 GMC Canyon

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $31,375.00 | $24,500.00 |

Debtor **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | | |

**2.4** Creditor's name

**Ally Automotive Financing**

Creditor's mailing address

**Attn Bankruptcy Dept**

**P. O. Box 130424**

**Saint Paul, MN 55113-0004**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Dodge RAM Crew Truck

**Describe the lien**

**Purchase Money Security**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$57,257.11**

Value of collateral: **$45,000.00**

Debtor **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.5** Creditor's name

**BMO Transportation Finance**

Creditor's mailing address

**300 E John Carpenter Fwy Suite 500**

**Irving, TX 75062**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account _ _ _ _
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2022 DOON Step Deck VIN 5535

Describe the lien

**Equipment Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $32,382.09 | $25,000.00 |
|---|---|---|

Debtor     **9/0 Transport & Sales, Inc.**                        Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6** **Creditor's name**

**Caterpillar Financial Services Corp.**

**Creditor's mailing address**

**2120 West End Ave**

**Nashville, TN 37203-5251**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Cat 140M3 VIN 0674

**Describe the lien**

2016 CAT 140M3

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$106,665.00**          **$115,000.00**

Debtor    **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**Daimler Truck Financial Services USA LLC**

**Creditor's mailing address**

**14372 Heritage Parkway Suite 400**

**Fort Worth, TX 76177**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **0  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Trox Vacuum VIN 7201

**Describe the lien**

**Secured Equipment Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$10,000.00**

Column B: **$10,000.00**

Debtor  __9/0 Transport & Sales, Inc.__  Case number *(if known)* _____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.8** **Creditor's name**

De Lage Landen Financial
Services, Inc.

**Describe debtor's property that is subject to a lien**

2019 Hyundai Wheel Loader 0729, 2019 Hyundai
Wheel Loader VIN 0621

                                                                      **$110,000.00**      **$200,000.00**

**Creditor's mailing address**

PO Box 824018

Philadelphia, PA 19182

**Describe the lien**

Purchase Money Security

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        

Debtor   **9/0 Transport & Sales, Inc.**
_____          Case number (if known) _____
Name

| Part 1: | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9**  **Creditor's name**

**Everest Business Funding**
_____

**Creditor's mailing address**

**102 W 38th St Fl 6**
_____

**New York, NY 10018-3664**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**        **7/29/24**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$40,000.00**          **unknown**

Debtor      **9/0 Transport & Sales, Inc.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.10 Creditor's name**

**First State Bank of Texas**

**Creditor's mailing address**

**Attn: Legal Dept**

**PO Box 550**

**Three Rivers, TX 78071**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Ford F350

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $75,322.60 | $45,000.00 |

Debtor **9/0 Transport & Sales, Inc.**                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

**First State Bank of Texas**

**Creditor's mailing address**

**Attn: Legal Dept**

**PO Box 550**

**Three Rivers, TX 78071**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2010 International Truck, 2010 International Truck, 2010 International Truck, 2010 International Truck     **$73,519.65**     **$40,000.00**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **9/0 Transport & Sales, Inc.**                                 Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** Creditor's name

**First State Bank of Texas**

**Describe debtor's property that is subject to a lien**

2000 Kenworth Truck

$23,349.27     $25,000.00

Creditor's mailing address

**Attn: Legal Dept**

**PO Box 550**

**Three Rivers, TX 78071**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **9/0 Transport & Sales, Inc.**                                     Case number (if known) _____
     Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.13** **Creditor's name**

**Ford Motor Credit Company LLC**

**Creditor's mailing address**

**c/o National Bankruptcy Service Center**

**PO Box 62180**

**Colorado Springs, CO 80962**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Ford F150

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$47,160.10**

Column B: **$33,000.00**

---

Debtor **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.14** Creditor's name

**Mitsubishi HC Capital American Inc**

Creditor's mailing address

**Attn: Legal Dept**

**7808 Creekridge Circle Suite 250**

**Minneapolis, MN 55439**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2022 Brazos Belly Dump VIN 4949

$24,872.00        $18,000.00

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.15** Creditor's name

On Deck

**$39,403.65**                    **unknown**

Creditor's mailing address

4700 W Daybreak Pkwy Suite 200

South Jordan, UT 84009

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **9/0 Transport & Sales, Inc.**                                          Case number (if known) _____
          Name

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Propella Capital LLC**

**Creditor's mailing address**

**1820 Avenue M #432**

**Brooklyn, NY 11230**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$29,000.00**

Column B: **unknown**

Debtor    **9/0 Transport & Sales, Inc.** _____          Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.17 Creditor's name**

**Trio Capital**

**Creditor's mailing address**

**330 Fellowship Road**

**Mount Laurel, NJ 08054**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Brazos Belly Dump VIN 4042, 2024 Brazos Belly Dump VIN 4043

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$93,882.15**

Value of collateral: **$40,000.00**

Debtor      **9/0 Transport & Sales, Inc.**  
      Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.18** | **Creditor's name**

  **U.S. Bank**

**Creditor's mailing address**

  **1310 Madrid Street**

  **Marshall, MN 56258**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F350          **$45,000.00**    **$39,000.00**

**Describe the lien**

  **Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19  Creditor's name**

**U.S. Small Business Administration (SBA) - All Divisions**

**Creditor's mailing address**

**Little Rock Commercial Loan Servicing Center**

**2120 Riverfront Drive 100**

**Little Rock, AR 72202**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$195,300.00    unknown

Debtor    **9/0 Transport & Sales, Inc.**
　　　　　Name

Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.20** **Creditor's name**

　**Unique Funding Solutions LLC**

**Creditor's mailing address**

　**1915 Hollywood Blvd Suite 200A**

　**Hollywood, FL 33020**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Merchant Cash Advance**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$40,000.00** | **unknown**

Debtor   **9/0 Transport & Sales, Inc.**
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **Ally Bank c/o AIS Portfolio Services, LLC** <br> **Dept. APS** <br> **4515 N. Santa Fe Ave.** <br> **Oklahoma City, OK 73118** | Line 2. **1** | __ __ __ __ |
| **BMO Bank National Association** <br> **c/o CT Corporation System** <br> **1999 Bryan St 900** <br> **Dallas, TX 75201** | Line 2. **5** | __ __ __ __ |
| **EBF Holdings, LLC d/b/a Everest Business Funding** <br> **c/o Michael W. Davis | DTO Law** <br> **601 S. Figueroa Street 2130** <br> **Los Angeles, CA 90017** | Line 2. **9** | __ __ __ __ |
| **U.S. Bank** <br> **P.O. Box 1950** <br> **Saint Paul, MN 55101-0950** | Line 2. **18** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **9/0 Transport & Sales, Inc.**

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110,000.00** | **$110,000.00** |
| Date or dates debt was incurred<br>_____ | **Basis for the Claim:**<br>_____ | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** Priority creditor's name and mailing address<br>**Texas Comptroller**<br>**111 E. 17th Street**<br>**Austin, TX 78774** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,000.00** | **$33,000.00** |
| Date or dates debt was incurred<br>_____ | **Basis for the Claim:**<br>_____ | | |
| Last 4 digits of account number __ __ __ __ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

Debtor    **9/0 Transport & Sales, Inc.**                                Case number *(if known)* _____
           Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**3 Lee Transport LLC**

**7934 Radiant Star**

**San Antonio, TX 78252**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$1,100.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Accident Fund Insurance Company of America**

**1999 Bryan Street Suite 900**

**Dallas, TX 75201**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$230,400.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Aggregate Haulers, LP**

**4772 FM 482**

**New Braunfels, TX 78132**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$176,157.32**

---

**3.4** Nonpriority creditor's name and mailing address

**Anderson Columbia**

**PO Box 1829**

**Lake City, FL 32056**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☐ No
☒ Yes

Amount of claim: **$84,504.46**

**Remarks:** Debtor is owed $65,607.44

Debtor   **9/0 Transport & Sales, Inc.**
_____
  Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.15
*Check all that apply.*

**Anderson Machinery Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5309 US Highway 59 N**

**Victoria, TX 77905**

Basis for the claim:  **Services**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,303.00
*Check all that apply.*

**B&G Materials LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 969**

**Beeville, TX 78104**

Basis for the claim:  **Services**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,000.00
*Check all that apply.*

**Billy Bruce**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1075 HWY 72**

**Three Rivers, TX 78071**

Basis for the claim:  **Services**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179,547.34
*Check all that apply.*

**Bobwhite Energy Services LLC**

☐ Contingent
☐ Unliquidated
☑ Disputed

**1066 Coletoville Rd E**

**Victoria, TX 77905**

Basis for the claim:  **Services**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **9/0 Transport & Sales, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|-----|--------------------------------------------------|------------------------------------------------|---------|

**3.9** Nonpriority creditor's name and mailing address

**Brazos Trailer Manufacturing, LLC**

**22488 Interstate 20 N Access Rd**

**Wills Point, TX 75169**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10** Nonpriority creditor's name and mailing address

**Cemex, Inc**

**Corporate Creations Network Inc.**

**5444 Westheimer 1000**

**Houston, TX 77056**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$172,800.00

---

**3.11** Nonpriority creditor's name and mailing address

**Devon Energy Production Company, L.P.**

**Attn: Procurement Administration**

**333 West Sheridan Avenue**

**Oklahoma City, OK 73102**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.12** Nonpriority creditor's name and mailing address

**eProduce LLC**

**101 Riverwood**

**Boerne, TX 78006**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00

---

Debtor  **9/0 Transport & Sales, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,304.00 |

**Far South Mining LLC**

**8845 W Loop 1604 N**

**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,204.07 |

**Holt Cat**

**PO Box 207916**

**San Antonio, TX 78220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,503.28 |

**IPFS Corporation**

**P.O. Box 412086**

**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,657.49 |

**Lhoist North America of Texas, LLC**

**5274 Paysphere Circle**

**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **9/0 Transport & Sales, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,702.92 |

**Nueces Power Equipment**

**7510 IH 37**

**Corpus Christi, TX 78469**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Services**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,827.58 |

**OSC**

**PO Box 6012**

**Corpus Christi, TX 78466**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Services**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,000.00 |

**Patrick Copeland**

**PO Box 982**

**Three Rivers, TX 78071**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Services**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,665.80 |

**Pilot**

**PO Box 677732**

**Dallas, TX 75267**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Services**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **9/0 Transport & Sales, Inc.**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.21** | **Nonpriority creditor's name and mailing address**

**RG Vac**

**947 Deer Ln**

**Laredo, TX 78045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$76,076.50

---

**3.22** | **Nonpriority creditor's name and mailing address**

**RLI Insurance**

**Dept 3320**

**PO Box 844122**

**Kansas City, MO 64184**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,197.00

---

**3.23** | **Nonpriority creditor's name and mailing address**

**RWC**

**PO Box 366**

**Cotulla, TX 78014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,267.19

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Schuster Trucking LLC**

**4432 County Road 422**

**Pleasanton, TX 78064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,080.00

---

Debtor    **9/0 Transport & Sales, Inc.**                              Case number *(if known)* _____
          Name

---

**Part 2:**   Additional Page

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,275.78 |

**Simpson Crushed Stone**

**1948 County Rd 1234**

**Nemo, TX 76070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,390.11 |

**Texas First CAT Rentals**

**PO Box 650869**

**Dallas, TX 75265-0869**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,000.00 |

**Texas Materials**

**1320 Arrow Point Dr 600**

**78613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,899.26 |

**Texas State Rentals**

**803 SE Loop 410**

**San Antonio, TX 78220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

Date or dates debt was incurred     _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **9/0 Transport & Sales, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

**3.29** Nonpriority creditor's name and mailing address

**UniFirst**

**PO Box 2867**

**Corpus Christi, TX 78403**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.30** Nonpriority creditor's name and mailing address

**United Rentals**

**PO Box 84514**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,566.47

---

**3.31** Nonpriority creditor's name and mailing address

**Verizon Connect (GPS)**

**PO Box 15403**

**Albany, NY 12212**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,055.00

---

**3.32** Nonpriority creditor's name and mailing address

**Waukesha-Pearce Industries LLC**

**PO Box 35068**

**Houston, TX 77235**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$13,191.00

---

Debtor **9/0 Transport & Sales, Inc.**         Case number *(if known)* _____

       Name

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **3 Lee Transport LLC**<br>**Jonathan Lee Gonzalez**<br>**3123 Fidelia**<br>**San Antonio, TX 78224** | Line **3.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **ANDERSON MACHINERY COMPANY**<br>**Jim Anderson**<br>**6535 Leopard St**<br>**Corpus Christi, TX 78408** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **B&G Materials LLC**<br>**c/o Robert L Beck**<br>**2171 Ellis Rd**<br>**Beeville, TX 78102** | Line **3.6**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Curl Stahl Geis, A Professional Corporation**<br>**700 North St. Mary's Street Suite 1800**<br>**San Antonio, TX 78205** | Line **3.13**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Gordon, Arata, Montgomery, Barnett, Mccollam, Duplantis & Eagan, LLC**<br>**1001 Fannin Street Suite 3850**<br>**Houston, TX 77002** | Line **3.8**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Holt CAT**<br>**5665 S East Loop 410**<br>**San Antonio, TX 78222** | Line **3.14**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Lhoist North America of Texas LLC**<br>**THE PRENTICE-HALL CORPORATION SYSTEM, INC.**<br>**211 E. 7th Street 620**<br>**Austin, TX 78701** | Line **3.16**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   **9/0 Transport & Sales, Inc.**

Name

Case number *(if known)* _____

| Part 3: | Additional Page |

| 4.8 | **Nueces Power Equipment** | Line **3.17** |
| | **PO Box 4789** | ☐ Not listed. Explain _____ __ __ __ __ |
| | **Corpus Christi, TX 78469** | _____ |

| 4.9 | **United Rentals** | Line **3.30** |
| | **10330 David Taylor Dr** | ☐ Not listed. Explain _____ __ __ __ __ |
| | **Charlotte, NC 28262** | _____ |

Debtor   **9/0 Transport & Sales, Inc.**
_____
　　　　　Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.　**Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$143,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,571,917.72** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,714,917.72** |

Fill in this information to identify the case:

Debtor name        **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Principal Place of business** | **9/0 Properties LLC** |
| | | **Contract to be ASSUMED** | **1221 Hwy 72 E** |
| | State the term remaining | **0 months** | **Three Rivers, TX 78071** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **2022 Brazos 40' PITBOSS VIN 4323** | **Brazos Trailer Manufacturing, LLC** |
| | | **Contract to be ASSUMED** | **22488 Interstate 20 N Access Rd** |
| | State the term remaining | **0 months** | **Wills Point, TX 75169** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **2020 Brazos 55T 26WLB Trailer VIN 4894** | **Brazos Trailer Manufacturing, LLC** |
| | | **Contract to be ASSUMED** | **22488 Interstate 20 N Access Rd** |
| | State the term remaining | **0 months** | **Wills Point, TX 75169** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Property Located at 9135 W US HWY 90, San Antonio, TX 78245** | **Kriewald 90 LLC** |
| | | **Contract to be ASSUMED** | **1 Imperial Oaks Drive** |
| | State the term remaining | **0 months** | **San Antonio, TX 78248** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**9/0 Transport & Sales, Inc.**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__
# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** __**Matthew Clay Muniz**__ | __**1221 HWY 72**__ <br> Street <br><br> __**Three Rivers, TX 78071**__ <br> City          State          ZIP Code | **Daimler Truck Financial Services USA LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Everest Business Funding** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | __**Propella Capital LLC**__ | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Unique Funding Solutions LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | __**Far South Mining LLC**__ | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** __**Muniz, Matthew Clay**__ | __**1221 HWY 72**__ <br> Street <br><br> __**Three Rivers, TX 78071**__ <br> City          State          ZIP Code | **Daimler Truck Financial Services USA LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Everest Business Funding** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | __**Propella Capital LLC**__ | ☑ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 1 of __2__

| Debtor | **9/0 Transport & Sales, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | **Unique Funding Solutions LLC** | ☑ D ☐ E/F ☐ G |
| | | **Far South Mining LLC** | ☐ D ☑ E/F ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |

Debtor name      **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

**1.** ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

| $0.00 |
| --- |

    **1b. Total personal property:**

      Copy line 91A from *Schedule A/B*................................................................................

| $1,527,524.58 |
| --- |

    **1c. Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................

| $1,527,524.58 |
| --- |

### Part 2:   Summary of Liabilities

**2.** ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $1,148,892.13 |
| --- |

**3.** ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

| $143,000.00 |
| --- |

    **3b. Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| +   $1,571,917.72 |
| --- |

**4. Total liabilities**....................................................................................................................

    Lines 2 + 3a + 3b

| $2,863,809.85 |
| --- |

Fill in this information to identify the case:

Debtor name **9/0 Transport & Sales, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,225,226.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$12,546,746.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,821,806.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY MM/ DD/ YYYY | _____ | _____ |

Debtor **9/0 Transport & Sales, Inc.**                                    Case number *(if known)* _____

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Cemex** <br> Creditor's name <br><br> **16100 Dillard Drive** <br> Street <br><br><br> **Houston, TX 77040** <br> City          State     ZIP Code | **10/15/2024** | **$76,800.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **9/0 Properties LLC** <br> Creditor's name <br> **1221 Hwy 72 E** <br> Street <br><br><br> **Three Rivers, TX 78071** <br> City          State     ZIP Code <br><br> Relationship to debtor | _____ | **$90,000.00** | **Mortgage Payments for property. 9/0 Properties LLC is the holding company which owns the property on where Debtor is located. $7500 per month.** |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor   **9/0 Transport & Sales, Inc.**
         Name                                                    Case number *(if known)* _____

5.1. _____        _____        _____
     Creditor's name

     _____
     Street

     _____

     _____
     City            State   ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Far South Mining LLC vs 9/0 Transport & Sales, Inc**<br><br>**Case number**<br><br>**2024CI22716** | **Contract Dispute** | **Bexar County Civil District Court**<br>Name<br>**100 Dolorosa**<br>Street<br>**Attn: Clerk**<br>**San Antonio, TX 78205-3038**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Bobwhite Energy Services, LLC vs 9/0 Transport & Sales, Inc**<br><br>**Case number**<br><br>**24-09-961614-C** | **breach of contract** | **267th Judicial District Court of Victoria County, Texas**<br>Name<br>**115 N. Bridge Room 330**<br>Street<br><br>**Victoria, TX 77901**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **9/0 Transport & Sales, Inc.**

Name

Case number *(if known)* _____

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| | Case title | Court name and address |
|---|---|---|

Name

City          State     ZIP Code

| Case number |
|---|

Street

| Date of order or assignment |
|---|

City          State     ZIP Code

---

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Live Oak County Fair Association** | | **2/12/2024** | **$12,100.00** |
| | Recipient's name | | | |
| | | | **04/18/2023** | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Bulldog Education Foundation** | **Donation** | **08/05/2023** | **$6,925.00** |
| | Recipient's name | | | |
| | | **Donation** | **06/13/2023** | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

Debtor    **9/0 Transport & Sales, Inc.**                                        Case number *(if known)*
Name

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | **Three Rivers Education Foundation**<br>Recipient's name | **Donation** | 07/28/2023 | $1,200.00 |

Street

City                    State    ZIP Code

Recipient's relationship to debtor

| 9.4. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | **San Antonio Chapter of ACG**<br>Recipient's name | **Donation** | 03/27/2023 | $1,160.00 |

Street

City                    State    ZIP Code

Recipient's relationship to debtor

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 5

Debtor  **9/0 Transport & Sales, Inc.**                                Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fee** | **11/05/2024** | **$2,500.00** |
| | Address | **Attorney's Fee** | **11/13/2024** | **$5,000.00** |
| | **1555 State St**<br>Street | **Attorney's Fee** | **12/12/2024** | **$5,000.00** |
| | | **Attorney Fee** | **12/17/2024** | **$22,500.00** |
| | **Salem, OR 97301**<br>City          State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **9/0 Transport & Sales, Inc.**                                              Case number *(if known)*
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**

_____
Street

_____

_____
City                    State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street _____ | |
| _____ | |
| City         State   ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| | | |
| Street _____ | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City         State   ZIP Code | _____ | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

---

Debtor  **9/0 Transport & Sales, Inc.**

Name

Case number *(if known)*

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City      State    ZIP Code | XXXX− __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **9/0 Transport & Sales, Inc.**                                 Case number *(if known)*
                    Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

Debtor  **9/0 Transport & Sales, Inc.** _____  Case number *(if known)* _____
       Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City          State    ZIP Code |  |  |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State   ZIP Code | City        State   ZIP Code | _____ |  |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State   ZIP Code | City        State   ZIP Code | _____ |  |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **9/0 Transport & Sales, Inc.**
 　　　　　Name                                                                                      Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　　State　ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____　To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　　　　　State　　　ZIP Code | From _____　To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　　　　　State　　　ZIP Code | From _____　To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　　　　　State　　　ZIP Code | _____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **9/0 Transport & Sales, Inc.**                                    Case number *(if known)*
          Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City                          State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

Name _____

Street _____

_____

City                          State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Clay Muniz** | **1221 HWY 72 Three Rivers, TX 78071** | **President, Owner** | **100.00%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    **9/0 Transport & Sales, Inc.**
                    Name                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Matthew Clay Muniz**<br>Name<br>**1221 HWY 72**<br>Street<br><br>**Three Rivers, TX 78071**<br>City          State          ZIP Code | **$186,057.90 - Gross pay W-2** | **last 12 Months** | **Insider Payments - Payroll** |

Relationship to debtor

**Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Elle Muniz**<br>Name<br>**1221 HWY 72**<br>Street<br><br>**Three Rivers, TX 78071**<br>City          State          ZIP Code | **$46,730.70 - Gross pay W-2** | **last 12 Months** | |

Relationship to debtor

**Spouse of Owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/17/2025**
                      MM/  DD/  YYYY

Debtor      **9/0 Transport & Sales, Inc.**          Case number *(if known)* _____
       Name

**X** **/s/ Matthew Muniz**          Printed name           **Matthew Muniz**
     Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**     9/0 Transport & Sales, Inc.

Case No. _____

**Debtor**                                                                    Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................... **$35,000.00**

Prior to the filing of this statement I have received ........................................................ **$35,000.00**

Balance Due ..................................................................................................................... **$0.00**

2.     The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**01/17/2025**                                              **/s/ Robert C Lane**
Date                                                                      Robert C Lane
                                                                                *Signature of Attorney*

                                                                                                Bar Number: 24046263
                                                                                                The Lane Law Firm
                                                                                                1555 State St
                                                                                                Salem, OR 97301

                                                                                **The Lane Law Firm**
                                                                                *Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **9/0 Transport & Sales, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **01/17/2025**    Signature    **/s/ Matthew Muniz**

Matthew Muniz, Owner

3 LEE TRANSPORT LLC
7934 RADIANT STAR
SAN ANTONIO, TX 78252


3 LEE TRANSPORT LLC
JONATHAN LEE GONZALEZ
3123 FIDELIA
SAN ANTONIO, TX 78224


9/0 PROPERTIES LLC
1221 HWY 72 E
THREE RIVERS, TX 78071


9/0 TRANSPORT & SALES, INC.
1221 HWY 72
THREE RIVERS, TX 78071


ACCIDENT FUND INSURANCE COMPANY OF AMERICA
1999 BRYAN STREET SUITE 900
DALLAS, TX 75201


AGGREGATE HAULERS, LP
4772 FM 482
NEW BRAUNFELS, TX 78132


ALLY AUTOMOTIVE FINANCING
ATTN BANKRUPTCY DEPT
P. O. BOX 130424
SAINT PAUL, MN 55113-0004


ALLY BANK C/O AIS PORTFOLIO SERVICES, LLC
DEPT. APS
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118

ANDERSON COLUMBIA
PO BOX 1829
LAKE CITY, FL 32056

ANDERSON MACHINERY
COMPANY
5309 US HIGHWAY 59 N
VICTORIA, TX 77905

ANDERSON MACHINERY
COMPANY
JIM ANDERSON
6535 LEOPARD ST
CORPUS CHRISTI, TX 78408

B&G MATERIALS LLC
PO BOX 969
BEEVILLE, TX 78104

B&G MATERIALS LLC
C/O ROBERT L BECK
2171 ELLIS RD
BEEVILLE, TX 78102

BILLY BRUCE
1075 HWY 72
THREE RIVERS, TX 78071

BMO BANK NATIONAL
ASSOCIATION
C/O CT CORPORATION SYSTEM
1999 BRYAN ST 900
DALLAS, TX 75201

BMO TRANSPORTATION
FINANCE
300 E JOHN CARPENTER FWY SUITE 500
IRVING, TX 75062

BOBWHITE ENERGY SERVICES
LLC
1066 COLETOVILLE RD E
VICTORIA, TX 77905


BRAZOS TRAILER
MANUFACTURING, LLC
22488 INTERSTATE 20 N ACCESS RD
WILLS POINT, TX 75169


CATERPILLAR FINANCIAL
SERVICES CORP.
2120 WEST END AVE
NASHVILLE, TN 37203-5251


CEMEX, INC
CORPORATE CREATIONS NETWORK INC.
5444 WESTHEIMER 1000
HOUSTON, TX 77056


CURL STAHL GEIS, A
PROFESSIONAL
CORPORATION
700 NORTH ST. MARY'S STREET SUITE
1800
SAN ANTONIO, TX 78205


DAIMLER TRUCK FINANCIAL
SERVICES USA LLC
14372 HERITAGE PARKWAY SUITE 400
FORT WORTH, TX 76177


DE LAGE LANDEN FINANCIAL
SERVICES, INC.
PO BOX 824018
PHILADELPHIA, PA 19182


DEVON ENERGY PRODUCTION
COMPANY, L.P.
ATTN: PROCUREMENT ADMINISTRATION
333 WEST SHERIDAN AVENUE
OKLAHOMA CITY, OK 73102

EBF HOLDINGS, LLC D/B/A
EVEREST BUSINESS FUNDING
C/O MICHAEL W. DAVIS | DTO LAW
601 S. FIGUEROA STREET 2130
LOS ANGELES, CA 90017


EPRODUCE LLC
101 RIVERWOOD
BOERNE, TX 78006


EVEREST BUSINESS FUNDING
102 W 38TH ST FL 6
NEW YORK, NY 10018-3664


FAR SOUTH MINING LLC
8845 W LOOP 1604 N
SAN ANTONIO, TX 78254


FIRST STATE BANK OF TEXAS
ATTN: LEGAL DEPT
PO BOX 550
THREE RIVERS, TX 78071


FORD MOTOR CREDIT
COMPANY LLC
C/O NATIONAL BANKRUPTCY SERVICE
CENTER
PO BOX 62180
COLORADO SPRINGS, CO 80962


GORDON, ARATA,
MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS &
EAGAN, LLC
1001 FANNIN STREET SUITE 3850
HOUSTON, TX 77002


HOLT CAT
PO BOX 207916
SAN ANTONIO, TX 78220

HOLT CAT
5665 S EAST LOOP 410
SAN ANTONIO, TX 78222


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
P.O. BOX 412086
KANSAS CITY, MO 64141


KRIEWALD 90 LLC
1 IMPERIAL OAKS DRIVE
SAN ANTONIO, TX 78248


LHOIST NORTH AMERICA OF
TEXAS LLC
THE PRENTICE-HALL CORPORATION
SYSTEM, INC.
211 E. 7TH STREET 620
AUSTIN, TX 78701


LHOIST NORTH AMERICA OF
TEXAS, LLC
5274 PAYSPHERE CIRCLE
CHICAGO, IL 60674


MATTHEW CLAY MUNIZ
1221 HWY 72
THREE RIVERS, TX 78071


MITSUBISHI HC CAPITAL
AMERICAN INC
ATTN: LEGAL DEPT
7808 CREEKRIDGE CIRCLE SUITE 250
MINNEAPOLIS, MN 55439

MATTHEW CLAY MUNIZ
1221 HWY 72
THREE RIVERS, TX 78071


NUECES POWER EQUIPMENT
7510 IH 37
CORPUS CHRISTI, TX 78469


NUECES POWER EQUIPMENT
PO BOX 4789
CORPUS CHRISTI, TX 78469


ON DECK
4700 W DAYBREAK PKWY SUITE 200
SOUTH JORDAN, UT 84009


OSC
PO BOX 6012
CORPUS CHRISTI, TX 78466


PATRICK COPELAND
PO BOX 982
THREE RIVERS, TX 78071


PILOT
PO BOX 677732
DALLAS, TX 75267


PROPELLA CAPITAL LLC
1820 AVENUE M #432
BROOKLYN, NY 11230

RG VAC
947 DEER LN
LAREDO, TX 78045


RLI INSURANCE
DEPT 3320
PO BOX 844122
KANSAS CITY, MO 64184


RWC
PO BOX 366
COTULLA, TX 78014


SCHUSTER TRUCKING LLC
4432 COUNTY ROAD 422
PLEASANTON, TX 78064


SIMPSON CRUSHED STONE
1948 COUNTY RD 1234
NEMO, TX 76070


TEXAS COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774


TEXAS FIRST CAT RENTALS
PO BOX 650869
DALLAS, TX 75265-0869


TEXAS MATERIALS
1320 ARROW POINT DR 600
78613

TEXAS STATE RENTALS
803 SE LOOP 410
SAN ANTONIO, TX 78220


THE LANE LAW FIRM
1555 STATE ST
SALEM, OR 97301


TRIO CAPITAL
330 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054


U.S. BANK
P.O. BOX 1950
SAINT PAUL, MN 55101-0950


U.S. BANK
1310 MADRID STREET
MARSHALL, MN 56258


U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202


UNIFIRST
PO BOX 2867
CORPUS CHRISTI, TX 78403


UNIQUE FUNDING
SOLUTIONS LLC
1915 HOLLYWOOD BLVD SUITE 200A
HOLLYWOOD, FL 33020

UNITED RENTALS
PO BOX 84514
DALLAS, TX 75284


UNITED RENTALS
10330 DAVID TAYLOR DR
CHARLOTTE, NC 28262


VERIZON CONNECT (GPS)
PO BOX 15403
ALBANY, NY 12212


WAUKESHA-PEARCE
INDUSTRIES LLC
PO BOX 35068
HOUSTON, TX 77235